THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ASSOCIATED INDUSTRIES INSURANCE COMPANY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT M. CRISPIN, an individual, VECTOR CONSTRUCTION, INC., a Washington Corporation; and JAMES B. MEYER, a married individual, BROWN & STERLING, P.S.,<br><br>Defendant. | No.: 2:21-cv-01022-TL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

## **STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Associated Industries Insurance Company, Inc. and defendants Robert M. Crispin, Vector Construction, Inc. and James B. Meyer (collectively, the "Parties") stipulate that all claims asserted by and between the Parties in this lawsuit should be dismissed with prejudice and without an award of costs or fees to any party.

/ /

/ /

/ /

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

1    DATED:  February 2, 2022

2                                          BULLIVANT HOUSER BAILEY PC

3

4                                          By  *s/ Michael A. Guadagno*
                                                Michael A. Guadagno, WSBA #34633
5                                               E-mail: michael.guadagno@bullivant.com

6                                          Attorneys for Plaintiff Associated Industries
                                           Insurance Company, Inc.
7

8                                          LASHER HOLZAPFEL SPERRY &
                                           EBBERSON
9

10                                         By  *s/ Danial D. Pharris*
11                                              Danial D. Pharris, WSBA #13617
                                                Email: pharris@lasher.com
12                                              Paul J. Spadafora, WSBA #49777
                                                E-mail: spadafora@lasher.com
13
                                           Attorneys for Defendant Robert M. Crispin
14

15                                         HANSON BAKER LUDLOW DRUMHELLER,
                                           PS
16

17                                         By  *s/ Magnus R. Andersson*
18                                              Magnus R. Andersson, WSBA #31536
                                                E-mail: mandersson@hansonbaker.com
19
                                           Attorneys for Defendants Vector Construction,
20                                         Inc. and James B. Meyer

21

22   4886-0279-9367.1

23

24

25

26

STIPULATION FOR DISMISSAL WITH PREJUDICE                PAGE 2        **Bullivant|Houser|Bailey PC**
                                                                     925 Fourth Avenue, Suite 3800
                                                                     Seattle, Washington 98104
                                                                     Telephone: 206.292.8930

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on February 2, 2022, I electronically filed the foregoing with the

3  Clerk of the Court using the CM/ECF e-filing system which will send notification of such

4  filing to the persons listed below:

5  Danial D. Pharris                          ☐  via hand delivery.
   Paul J. Spadafora                          ☐  via first class mail.
6  LASHER HOLZAPFEL                           ☐  via email
   SPERRY & EBBERSON PLLC                     ☒  CM/ECF E-service
7  2600 Two Union Square
   601 Union Street
8  Seattle, WA  98101-4000
   pharris@lasher.com
9  spadafora@lasher.com

10 *Attorneys for Defendant Robert M. Crispin*

11 Magnus R. Andersson                         ☐  via hand delivery.
   HANSON BAKER LUDLOW                        ☐  via first class mail.
12 DRUMHELLER P.S.                            ☐  via email
   2229 - 112th Avenue NE, Suite 200          ☒  CM/ECF E-service
13 Bellevue, WA 98004
   mandersson@hansonbaker.com
14
   *Attorneys for Defendant Vector Construction,*
15 *Inc. and James B. Meyer*

16

17         Dated:  February 2, 2022.

18

19                                   */s/ Sally Gannett*
                                     Sally Gannett, Legal Assistant
20

21 4886-0279-9367.1

22

23

24

25

26

STIPULATION FOR DISMISSAL WITH PREJUDICE                PAGE 3      **Bullivant|Houser|Bailey PC**
                                                                   925 Fourth Avenue, Suite 3800
                                                                   Seattle, Washington 98104
                                                                   Telephone: 206.292.8930